UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRIVATEBANK AND TRUST COMPANY,
an Illinois banking corporation,

    Plaintiff,

v.

THAMER S. GASSO, an individual, and
LAMIA T. GASSO, an individual,

    Defendants.

U.S.D.C. Case No. 2:12-CV-13633

Hon. Denise Page Hood
Maj. David R. Grand

_____

**ORDER GRANTING PLAINTIFF THE PRIVATEBANK AND TRUST COMPANY
SUMMARY JUDGMENT AND MONEY JUDGMENT AGAINST
<u>THAMER S. GASSO AND LAMIA T. GASSO</u>**

This matter having come before the Court on the stipulation of Plaintiff, The PrivateBank and Trust Company (the "Plaintiff"), on the one hand, and Defendants, Thamer S. Gasso, and Lamia T. Gasso ("Defendants"), on the other hand; and the Court being fully advised in the premises, and finding that entry of this Order is appropriate under the circumstances;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** a money judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $227,098.73, as a result of Defendants' failure to repay a business loan to Plaintiff, the sum of which is made up of a principal balance of $194,174.97, accrued but unpaid interest of $28,989.26, late charges of $1,650.00, and collections costs and legal fees of $2,284.50;

**IT IS FURTHER ORDERED THAT** notwithstanding Fed. R. Civ. P. 62(a), Plaintiff may not undertake any efforts to collect the sums owing under this Order and Judgment prior twenty (21) days elapsing from its entry.

**IT IS SO ORDERED AND ADJUDGED. THIS IS A FINAL ORDER THAT CLOSES THE CASE, SUBJECT TO SUPPLEMENTARY PROCEEDINGS TO ENFORCE THIS ORDER AND JUDGMENT.**

Dated: January 31, 2013	s/Denise Page Hood
	U.S. DISTRICT COURT JUDGE

Consented to for substance and form:

/s/ Robert N. Bassel
ROBERT N. BASSEL (P48420)
Attorney for Defendants
bbassel@gmail.com

/s/ Patrick C. Lannen
PATRICK C. LANNEN (P73031)
Attorney for Plaintiff
plannen@plunkettcooney.com

Open.05383.22966.12348902-1